AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>Himanshu Asri<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   _1:20-MJ-05-PAS_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February, 2019 _____ in the county of _____ in the _____ District of _____ Rhode Island _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343;<br>18 U.S.C. § 1349; and<br>18 U.S.C. § 2326. | Wire fraud;<br>Conspiracy to commit wire fraud; and<br>Telemarketing or email marketing fraud. |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent, Craig A. Graham, of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Special Agent, Craig A. Graham ~ FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ Jan 13, 2020 _____

_____
_Judge's signature_

City and state:      Providence, Rhode Island

Patricia A. Sullivan, U.S. Magistrate Judge
_Printed name and title_