PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO. 1:20-mj-05-???

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: Himanshu Asri

Addre**REDACTED**

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  RHODE ISLAND
DISTRICT OF RHODE ISLAND    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM  AARON WEISMAN
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)  Milind M. Shah

Birth Date

ien licable)

Social Security Number _____

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI ~ Craig A. Graham, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP  20,  21  or  40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense  RHODE ISLAND    County

## DEFENDANT

Issue: ☒ Warrant  ☐ Summons

Location Status:

Arrest Date_____ or Date Transferred to Federal Custody_____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts  3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attached | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 5 | ☐ Felony ☐ Misdemeanor |

# <u>ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT</u>

<u>DEFENDANT</u>:  Himanshu Asri

**<u>COUNT I:</u>** 18 U.S.C. § 1343: Wire Fraud – Felony.

**<u>MAXIMUM PENALTIES:</u>**  Imprisonment: 20 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.

**<u>COUNT II:</u>** 18 U.S.C. § 1349: Conspiracy to commit the aforementioned frauds – Felony.

**<u>MAXIMUM PENALTIES:</u>**  Imprisonment: 30 years; Supervised release: 5 years; Fine: $250,000; and Special assessment: $100.

**<u>COUNT III:</u>** 18 U.S.C. § 2326: Telemarketing or email marketing fraud – Felony.

**<u>MAXIMUM PENALTIES:</u>**  Imprisonment: 5 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.