UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No ___CR 20-104 JJM PAS___ |
| v. | In Violation of 18 U.S.C. §§ 1349 |
| HIMANSHU ASRI | |

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**
(Conspiracy to Commit Wire Fraud)

**Introduction**

At all times relevant to and for the purposes of this Information:

1.      Defendant Himanshu Asri ("ASRI") was a foreign national who held a visa that permitted him to travel and stay for periods of time in the United States.

2.      "Pop-up advertisement" refers to a form of online advertising that appears or pops-up suddenly on a computer screen while the computer user is browsing other material on the World Wide Web.  Generally, pop-up advertisements are generated by code embedded in certain web sites.  If a computer user navigates to or from such a web site, the embedded code directs the user's internet browser to open a new browser window and display the pop-up advertisement.

3.      "Malware" refers to software that is designed to disrupt, damage, or gain unauthorized access to a computer system.  Computer viruses are a form of malware.

4.      "Call center" refers to an operation or organization that engages in telephone communications with the public, and includes facilities staffed by operators who attempt to sell purported computer protection services to callers who have been misled to believe that malware has been detected on their computers.

5.      "Tech Fraud" refers to a scheme whereby fraudsters mislead victims to believe that malware has been detected on their computers and induce victims to make payments believing that they are purchasing computer protection services.  To mislead

1

the victims to believe that malware had been detected on their computers, pop-up advertising is used. To induce payment for purported computer protection services, operators at call centers are used.

## The Conspiracy

6.      Beginning on a date that is not known but that is no later than on or about January 28, 2015 and continuing through January 28, 2020, in the District of Rhode Island and elsewhere, Defendant ASRI and coconspirators did knowingly, willfully, and unlawfully combine, conspire, and agree with each other and other unknown persons to commit wire fraud by knowingly devising and intending to devise a scheme and artifice to defraud and obtain money and property from others by means of false and fraudulent pretenses, representations, and promises, through the transmission in interstate commerce of wire communications, in violation of 18 U.S.C. § 1343.

## Object of the Conspiracy

7.      The object of the conspiracy was for Defendant ASRI and his coconspirators to enrich themselves unlawfully by obtaining money from others through Tech Fraud, namely misrepresenting to victims that malware had been detected on their computers and obtaining payments from the victims for putative services that would supposedly remove or manage such malware.

## Manner and Means of Conspiracy

8.      Via interstate wire transmissions, pop-up advertising was directed – by coconspirators and Defendant ASRI – to victims and that advertising falsely represented that malware had been detected on the victims' computers and directed the victims to place telephone calls for assistance.

9.      Call routing technology directed the victims' calls to call center operators who offered to sell the victims putative computer protection services and directed them to make payment for those putative services in a manner that allowed for the funds to be directed to Defendant ASRI and coconspirators.

2

## Acts in Furtherance of Conspiracy

10.     Between January 2019 and March 2019, Defendant ASRI obtained 325 telephone calls from U.S. callers and had those calls routed to call centers where operators, executing the Tech Fraud scheme, offered purported computer protection services to the callers to induce the callers to transfer funds to Defendant ASRI and his coconspirators.

11.     Funds obtained from victims of the Tech Fraud scheme were – through communications with a person in Rhode Island – directed by Defendant ASRI and a coconspirator to a bank account.

### Victim LB

12.     On January 10, 2019, in response to pop-up advertising that falsely asserted that malware had been detected on her computer, by Microsoft, and that directed her to call a telephone number for assistance, Ohio resident LB made a telephone call.

13.     Defendant ASRI had that call routed to a call center, and LB spoke to a call center operator.

14.     The operator falsely stated that LB's computer had been hacked or infected by a virus and solicited LB to purchase a supposed malware protection service plan from the operator.

15.     The operator, as payment for the supposed malware protection plan, obtained $499 from LB.

### Victim GP

16.     On February 4, 2019, in response to pop-up advertising that falsely asserted that malware had been detected on his computer, by Microsoft, and that directed him to call a telephone number for assistance, Texas resident GP made a telephone call.

17.     Defendant ASRI had that call routed to a call center, and GP spoke to a

3

call center operator.

18.     The operator falsely stated that GP's computer had been hacked or infected by a virus and solicited GP to purchase a supposed malware protection service plan from the operator.

19.     The operator, as payment for the supposed malware protection plan, obtained $645.25 from GP.

*Victim DH*

20.     On February 13, 2019, in response to pop-up advertising that falsely asserted that malware had been detected on his computer, by Microsoft, and that directed him to call a telephone number for assistance, Minnesota resident DH made a telephone call.

21.     Defendant ASRI had that call routed to a call center, and DH spoke to a call center operator.

22.     The operator falsely stated that DH's computer had been hacked or infected by a virus and solicited DH to purchase a supposed malware protection service plan from the operator.

23.     The operator, as payment for the supposed malware protection plan, obtained $399.95 from DH.

*Victim AB*

24.     On February 23, 2019, in response to pop-up advertising that falsely asserted that malware had been detected on her computer, by Apple, and that directed her to call a telephone number for assistance, United States resident AB made a telephone call.

25.     Defendant ASRI had that call routed to a call center, and AB spoke to a call center operator.

26.     The operator falsely stated that AB's computer had been hacked or infected by a virus and solicited AB to purchase a supposed malware protection service

4

plan from the operator.

27.     The operator, as payment for the supposed malware protection plan, obtained approximately $600 from AB.

*Victim AC*

28.     On February 23, 2019, in response to pop-up advertising that falsely asserted that malware had been detected on his computer, by Microsoft, and that directed him to call a telephone number for assistance, United States resident AC made a telephone call.

29.     Defendant ASRI had that call routed to a call center, and AC spoke to a call center operator.

30.     The operator falsely stated that AC's computer had been hacked or infected by a virus and solicited AC to purchase a supposed malware protection service plan from the operator.

31.     The operator, as payment for the supposed malware protection plan, obtained approximately $99 from AC.

All in violation of 18 U.S.C. § 1349.


AARON L. WEISMAN
United States Attorney


MILIND M. SHAH
Assistant U.S. Attorney


SANDRA HEBERT                           Date:  11/20/2020
Assistant U.S. Attorney
Deputy Criminal Division Chief