PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND    **RHODE ISLAND**
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM    **AARON WEISMAN**
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)    Milind M. Shah

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI ~ Craig A. Graham, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
PAS/ 20-mj-005

Place of offense | RHODE ISLAND    County

---

CASE NO.    CR 20-104 JJM PAS

USA vs.

Defendant: Himanshu Asri

Address: Delhi India

☐ Interpreter Required    Dialect: _____

Birth Date ▮▮▮▮▮▮    ☒ Male ☐ Female    ☐ Alien (if applicable)

Social Security Number _____

### DEFENDANT

Issue: ☒ Warrant ☐ Summons

Location Status:
Arrest Date 2/7/2020 _____ or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): John Calcagni, Esq.

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

---

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. 1349 | Conspiracy to commit wire fraud | ☒ Felony ☐ Misdemeanor |
| | Imprisonment: 20 years/ Fine: $250,000 | Supervised Release: 3 years/ Special Assessment: $100 | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 5 | ☐ Felony ☐ Misdemeanor |