# ATTACHMENT A

# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

February 3, 2021

**Attorney at Law**
**John L. Calcagni**
**72 Clifford St**
**Suite 300**
**Providence, RI 02903**

Re:   **Asri, Himanshu**
       **D.O.B     01/20/1987**
       **USMS#     26096-111**

Dear Attorney Calcagni,

Please be advised, Mr. Asri was received at the Donald W. Wyatt Detention Facility on February 27th, 2020. He is being held for the United States Marshals Service, District of Rhode Island.

Since being held at this facility, Mr. Asri has earned various certificates by completing programs offered by the facility. The programs include: (1) Adjustment to Incarceration, (2) Living with Others, (3) Audio Course: Turning Points in Modern History 1, and (4) Criminal Lifestyles.

He is currently participating in the Detainee Worker Program starting out as a Captains Crew worker. Mr. Asri demonstrates excellent work ethic and a positive attitude.

Mr. Asri has not received any disciplinary infractions since being housed in the facility. He continues to remain respectful towards staff and peers.

Attached are a copy of the certificates he has earned while being held at the facility.

If you should have any questions feel free to contact my office at (401)729-1190.

Sincerely,

K. Ereio
Unit Counselor

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

February 24, 2021

MAR 0 1 2021

Attorney at Law
John L. Calcagni
72 Clifford St. Suite 300
Providence, RI 02903

Re: Asri, Himanshu
     D.O.B    01/20/1987
     USMS#   26096-111

Dear Attorney Calcagni,

Please be advised, Mr. Asri was received at the Donald W. Wyatt Detention Facility on February 27th, 2020. He is being held for the United States Marshals Service, District of Rhode Island.

Since being held at this facility, Mr. Asri has earned various certificates by completing programs offered by the facility. The programs include: (1) Adjustment to Incarceration, (2) Living with Others, (3) Audio Course: Turning Points in Modern History 1, and (4) Criminal Lifestyles.

He is currently participating in the Detainee Worker Program starting out as a Captains Crew worker. Mr. Asri demonstrates excellent work ethic and a positive attitude.

Mr. Asri has not received any disciplinary infractions since being housed in the facility. He continues to remain respectful towards staff and peers.

Attached are a copy of the certificates he has earned while being held at the facility.

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

Daniel W, Martin
Warden

DWM/ab

cc: Dt. Himanshu Asri