# ATTACHMENT B

Case 1:20-cr-00104-JJM-PAS     Document 31-2     Filed 04/13/21     Page 2 of 5 PageID #: 147

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## HIMANSHU ASRI

HAS SUCCESSFULLY COMPLETED THE

### *Criminal Lifestyles*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Programs Director



October 2020

Case 1:20-cr-00104-JJM-PAS    Document 31-2    Filed 04/13/21    Page 3 of 5 PageID #: 148

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## HIMANSHU ASRI

HAS SUCCESSFULLY COMPLETED THE

*Adjustment to Incarceration*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Programs Director

October 2020

Case 1:20-cr-00104-JJM-PAS    Document 31-2    Filed 04/13/21    Page 4 of 5 PageID #: 149

# Certificate of Completion

This certificate is awarded to

## HIMANSHU ASRI

on

### JUNE 02, 2020

in recognition of successfully completing the program

### AUDIO COURSE:  TURNING POINTS IN MODERN HISTORY I

Kristen Damaso, Programs

Maureen O'Gorman, Education

© 2019 Great Papers

Case 1:20-cr-00104-JJM-PAS     Document 31-2     Filed 04/13/21     Page 5 of 5 PageID #: 150



# CERTIFICATE *of* COMPLETION

PRESENTED TO

# HIMANSHU ASRI

HAS SUCCESSFULLY COMPLETED THE

## *Living with Others*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Programs Director

May 2020