# ATTACHMENT C

## John Calcagni

**From:**      Engen, Justin (USMS) <Justin.Engen@usdoj.gov>
**Sent:**      Friday, October 23, 2020 1:53 PM
**To:**        John Calcagni
**Subject:**   COVID-19 Notification

Hi John,

Your client ASRI, Himanshu housed at Wyatt recently tested positive for COVID-19.  Please don't hesitate to call me with any questions.

Justin

Justin Engen
(A) Supervisory Deputy U.S. Marshal
United Sates Marshals Service
District of Rhode Island
(401) 641-2476

1