# ATTACHMENT E



कार्य संख्या/Form No.6
(नियम संख्या 8 देखिए)/(See Rule-8)

राष्ट्रीय राजधानी क्षेत्र, दिल्ली सरकार
Govt. of National Capital Territory of Delhi
दक्षिणी दिल्ली नगर निगम
South Delhi Municipal Corporation

**DEATH**
प्रमाण-पत्र /**CERTIFICATE**

17

(जन्म एवं मृत्यु पंजीकरण अधिनियम 1969 की धारा तथा दिल्ली जन्म एवं मृत्यु पंजीकरण नियम, 1999 के नियम 8/13 के अंतर्गत जारी किया गया)
(Issued under section 17 of the Registration of Births and Deaths Act, 1969 and Rule 8/13 of the Delhi Registration of Births and Deaths Rules, 1999)

यह प्रमाणित किया जाता है कि निम्नलिखित सूचना के मूल लेख से ली गई है जोकि राष्ट्रीय राजधानी
this is to certify that the following information has been taken from the original record of which is the
दक्षिणी दिल्ली नगर निगम क्षेत्र के रजिस्टर में दर्ज्जलिखित है। च।
register for South Delhi Municipal Corporation of West Zone of N.C.T of Delhi.

नाम/ Name    ANITA ASRI

लिंग/ Gender   Female

तिथि/ Date of death   11/08/2019

स्थान/ Place of death   E-29 BALI NAGAR NEW DELHI

पंजीकरण की तिथि/Date of Registration   09/09/2019

पंजीकरण संख्या/ Registration No.   MCDOLIR-0219-004970004

Name of Mother

Name of Husband   HARISH KUMAR ASRI

Present Address   E-29 BALI NAGAR NEW DELHI

Permanent Address   E-29 BALI NAGAR NEW DELHI

Date:19/09/2019

Note: The certificate is system generated and does not required any seal/signature in original . The authenticity of this certificate can be verified @ www.mcdonline.gov.in

**DEATH**   Ensure registration of every birth and death

सं./No.







प्रपत्र-6
FORM-6

राष्ट्रीय राजधानी क्षेत्र, दिल्ली सरकार,भारत
**Govt. of National Capital Territory of Delhi, India**
उत्तरी दिल्ली नगर निगम
**North Delhi Municipal Corporation**

मृत्यु प्रमाण पत्र
**Death Certificate**

(Issued under section 12/17 of the Registration of Births and Deaths Act, 1969 and Rules 8/13 of the Delhi Registration of Births and Deaths Rules, 1999).

This is to certify that the following information has been taken from the original record of death which is th' Register for _____ Karol Bagh Zone _____ Zone of North Delhi Municipal Corporation.

नाम / Name        HARISH KUMAR

लिंग / Gender    Male

मृत्यु की तिथि / Date of Death 19/11/2018

मृत्यु का स्थान / Place of Death SIR GANGA RAM HOSPITAL RAJINDER NAGAR NEW DELHI

पति/पत्नी का नाम / Name of Spouse ——

माता का नाम / Name of Mother    RAJ RANI

पिता का नाम / Name of Father    LATE HARI CHAND

मृत्यु के समय मृतक का पता
(Address of deceased at the time of death)
    E-29, BALINAGAR NEW DELHI

मृतक का स्थायी पता
(Permanent Address of deceased)
    E-29, BALINAGAR NEW DELHI

पंजीकरण दिनांक / Date of Registration    22/11/2018

पंजीकरण संख्या / Registration No.        MCDOLIR-3218-004985946

जारी करने की तिथि
Date of issue        22/11/2018 14:58:17

This certificate is computer generated and does not require any seal/signature in original. The registration no. is unique to each event. The Authenticity can be verified at : http:///mcdonline.gov.in/irindmc_mcdportal/onser/

प्रत्येक जन्म एवं मृत्यु का पंजीकरण सुनिश्चित करें    ENSURE REGISTRATION OF EVERY BIRTH & DEATH