# ATTACHMENT G





































