UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO.: 1:20-CR-00104-JJM-PAS |
| | : | |
| HIMANSHU ASRI | : | |

## **<u>DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM</u>**

Defendant, Himanshu Asri, by and through counsel, hereby submits this supplemental memorandum to augment the materials previously attached to his original sentencing memorandum that was filed with the Court on April 13, 2021.[1]

Attached to this submission are various certificates demonstrating Mr. Asri's completion of the following courses while incarcerated: Cognitive Behavioral Therapy (4/4/21), Victim Impact (4/25/21), Anger Management and Substance Abuse Workbook (4/25/21), COVID-19 Workbook (4/27/21), Decision Making Workbook (5/4/21), Parenting Workbook (5/4/21), Stress Management Workbook (5/4/21), Depression Workbook (5/5/21), Dialectical Behavioral Therapy Workbook (5/5/21), Dialectical Behavioral Therapy (5/10/21), and Anxiety Workbook (5/10/21).[2]  He asks the Court to consider these accomplishments when weighing his rehabilitative potential.

Mr. Asri also wants to emphasize for the Court that most of the proceeds earned from his misconduct were used to pay medical expenses incurred by his ailing parents.  His parents were not well while he was growing up, as both suffered from diabetes, high blood pressure, and had stents implanted in their hearts.  In 2015, Mr. Asri's father was diagnosed with pancreatic cancer at age 55. While surgery was needed, it was not performed due to risks associated with his underlying medical conditions.  Instead, he received chemotherapy and upwards of 40 radiation sessions.  Mr.

---

[1] Document # 31 on the docket.
[2] The certificates are attached hereto and labeled as "Attachment A."

Asri's father weighed in at 98 kilgrams when first diagnosed with cancer, and weighed 59 kilograms at the time of his death in November 2018. Mr. Asri cared for his father daily throughout this ordeal, and took on the great responsibility of supporting his parents financially. He was unable to work full-time during much of this period, and used the proceeds from the fraud to make ends meet for all parties under his care and responsibility.

In December 2018, one month after losing her husband, Mr. Asri's mother was diagnosed with bile duct cancer, in its final and untreatable stages. Mr. Asri cared for his mother as best as he could, while the family mourned the loss of his father, until she too passed away. This information is offered for the Court to understand some of Mr. Asri's motivations and how some of the proceeds were used during the course of his misconduct.

Respectfully submitted on this 26th day of May 2021.

Respectfully submitted,
Defendant,
Himanshu Asri
By his Counsel


/s/ John L. Calcagni III, Esq.
John L. Calcagni III (# 6809)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Suite 300
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com

2

## **CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on May 26, 2021.

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (# 6809)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com