# ATTACHMENT A

Case 1:20-cr-00104-JJM-PAS    Document 33-1    Filed 05/26/21    Page 2 of 12 PageID #: 210



# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# COGNITIVE BEHAVIORAL THERAPY

**Granted: APRIL 4th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*



# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# ANGER MANAGEMENT & SUBSTANCE ABUSE WORKBOOK

### Granted: APRIL 25th, 2021

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S., LMHC, Mental Health Coordinator*

Case 1:20-cr-00104-JJM-PAS    Document 33-1    Filed 05/26/21    Page 5 of 12 PageID #: 213



# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# COVID-19 WORKBOOK

**Granted: APRIL 27th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*



# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# PARENTING WORKBOOK

**Granted: MAY 5th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*

© 2019 Great Papers

Case 1:20-cr-00104-JJM-PAS    Document 33-1    Filed 05/26/21    Page 8 of 12 PageID #: 216



# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# STRESS MANAGEMENT WORKBOOK

**Granted: MAY 5th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*

Case 1:20-cr-00104-JJM-PAS    Document 33-1    Filed 05/26/21    Page 9 of 12 PageID #: 217



# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# HIMANSHU ASRI

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## DEPRESSION WORKBOOK

**Granted: MAY 5th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S., LMHC, Mental Health Coordinator*

Case 1:20-cr-00104-JJM-PAS    Document 33-1    Filed 05/26/21    Page 10 of 12 PageID #: 218



# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# DIALECTICAL BEHAVIORAL THERAPY WORKBOOK

**Granted: MAY 5th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*

Case 1:20-cr-00104-JJM-PAS    Document 33-1    Filed 05/26/21    Page 11 of 12 PageID #: 219



# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# DIALECTICAL BEHAVIORAL THERAPY

**Granted: MAY 10th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S, LMHC, Mental Health Coordinator*

Case 1:20-cr-00104-JJM-PAS    Document 33-1    Filed 05/26/21    Page 12 of 12 PageID #: 220

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# ANXIETY WORKBOOK

**Granted: MAY 10th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*