UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO.: 1:20-CR-00104-JJM-PAS |
| | : | |
| HIMANSHU ASRI | : | |

## <u>DEFENDANT'S SECOND SUPPLEMENTAL SENTENCING MEMORANDUM</u>

Defendant, Himanshu Asri, by and through counsel, hereby submits this second supplemental memorandum, which attached photographs of him with his late father and also a certificate regarding Mr. Asri's volunteer work prior to his arrest in this case.

Respectfully submitted on this 27th day of May 2021.

Respectfully submitted,
Defendant,
Himanshu Asri
By his Counsel

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (# 6809)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Suite 300
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com

## **CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on May 27, 2021.

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (# 6809)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email:  jc@calcagnilaw.com