# ATTACHMENT B

## <u>TO WHOMSOEVER IT MAY CONCERN</u>

It is to certify that Mr. Himanshu Asri has been participating in the activities of our club since a long time and has been helping the club by donating for the needy people and weaker sections of the society.

We organized health checkup camps also and he has donated and helped in the health checkup camps also.

He is a very generous and a God fearing person. He has given a lot of support to our club in helping the needy and weaker section of the society. We pray to God for all success in his life and for the well-being of his health and wealth. We wish best of luck to Mr. Himanshu Asri for his future.

Thank You

Vikram Sharma
For LIONS CLUB DELHI-WEST
Chief Patron



Lions Club Delhi West Treasurer

Scanned By Scanner Go