UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED

NOV 2 9 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Docket No. : **1:20-CR-00104-JJM-PAS** |
| ) | |
| HIMANSHU ASRI ) | |

## MOTION FOR COMPASSIONATE RELEASE

COMES NOW, defendant, Himanshu Asri, appearing pro se who respectfully asks this Court

to reduce his sentence by compassionate release under 18 U.S.C subsection 3582(c)(1)(A).

### Brief Factual Background

The defendant has been in continuous custody without incident since his arrest on 17th January

2020 for the instant offense. On 27th May 2021, the defendant was sentenced to a term of 36 months of

imprisonment and 3 Years of supervised release .

### Legal Framework

Under 18 U.S.C subsection 3582(c) (1) (A), this court may, in certain circumstances, grant a

defendant's motion to reduce his or her term of imprisonment.  If the exhaustion requirement is met or

the 30 day period has lapsed, a court may reduce the defendant's term of imprisonment "after

considering the factors set forth in [18 U.S.C subsection 3553(A)]" if Court Finds as relevant here, that (i)

"extraordinary and compelling reasons warrants such a reduction" and (ii) "such a reduction is

consistent with applicable policy statements issued be the Sentencing Commission." Previously,

incarcerated defendants could only seek compassionate release upon motion of the Bureau of Prisons.

The First Step Act of 2018, however amended that provision to allow prisoners to seek relief directly

from the courts once have exhausted their remedies.

<u>Argument</u>

This court should grant the defendant's motion for a reduction in his sentence based on sufficient grounds. The defendant argues that his family circumstances have been compromised due to COVID- 19 pandemic in India to such an extent that extraordinary and compelling circumstances exist to warrant his release. Specifically, he asserts that because of the incapacity of the mother of his children (his wife) due to the COVID -19 pandemic in India, he is the only available caregiver for his minor children.

Mrs. Asri have become incapacitated due to the pandemic. She is having a difficult time caring for the children and providing an income. Without any Day care centers facility provided by government and Physical schools being closed since February 2020, the children remain at home full time and she has to stay and take care of them, she cannot leave them alone and find employment. Prior to the Arrest of the defendant, he was the sole provider for his entire family. Now, the kids have been neglected as she is under a lot of stress, depression and anxiety since her husband's arrest and amid the. The children require assistance of another parent and after the death of the defendant's parent the defendant is the most appropriate and only caregiver available for his children.

In 2006, the Sentencing Commission issued a policy statement that with Application Notes that Reiterates, without further definition, that reduction of sentences are authorized for extraordinary and compelling reasons. U.S.G 1B1.13.  The application notes to 1B1.13, however offer more guidance. They Set Forth four circumstances in which there might exist extraordinary and compelling reasons to grant a request for compassionate release (A) medical condition of defendant; (B) age of the defendant (C) <u>Family circumstances</u>; and (D) "as determined by the Director of Bureau of Prisons, there exists in defendant's case an extra ordinary and compelling reason other than, or in the combination with, the reasons described in subdivisions (A) through (C)"U.S.S.G 1B1.13

The "Family Circumstances" Application Notes lists two circumstances that may qualify one for Compassionate release U.S.S.G 1B1.13. 1(C). The first is upon the "death or incapacitation of the Caregiver of the defendant's minor child or minor children". As other courts have explained the "Animating principle of the Family Circumstances category is that there exists an extra ordinary and compelling reason for release when the defendant has a close family member who is completely unable to care for himself or herself and for whom the defendant would be the only available caregiver" United States vs Lisi, 440F. Supp. 3d 246 (S.D.N.Y 2020) and United States v. Bucci, 409 F. Supp. 3d 1, 2(D.Mass.2019) (granting motion where defendant was only caregiver for his mother).

Mrs. Asri is the mother of a 6 year old son Miraan Asri and a 10 year old daughter Juana Asri. Juana who has been suffering from "grade 3 Vesicourteral reflux a medical condition where the urine flows in the opposite direction  back from the bladder to the ureter and up to kidneys. This causes bacteria to pass from the bladder to the kidneys causing an Infection which could leads to kidney damage and scarring, eventually causing kidney failure and high blood pressure." It has been determines that Juana is a candidate for surgery as such. Juana needs the support of her father to undergo this surgery. The doctor of Juana suggests that the surgery to be done as quickly they can. Time is essential at this point .

The defendant and his wife plans to have the surgery done of their daughter Juana as soon as possible as her health condition is getting worse every day . As one parent needs to be in the hospital during and after the surgery , the other parent needs to be at home for the care of their son . Also after the surgery one parent has to be at home all the time with their both the kids while other is out for employment and support of the family .

As the Court is well aware, Covid-19 is an extremely dangerous illness, but India where Mr. Asri is a citizen and all his friends and distant family reside in India . It is one of the most badly effected country in world, it has effected more than 35 million people and more than 440,000 people have lost their lives, where poor medical facilities most hospitals are overwhelmed.

## Rehabilitation

The Defendant Mr. Asri was been In Wyatt Detention Facility for most of his time of his incarceration, where he used to works as Captain's crew worker where job responsibility is to Mop, Sweep, Buff floors, trip and wax floors, Paint and whatever the job demands by the facility. The defendant not had any disciplinary infraction for all this time. Mr. Asri has taken advantage of the programs available in the  facility and has completed following programs 1) Adjustment to Incarceration. 2) Living with others. 3) Victim Impact. 4) Parenting workbook. 5) Anger Management and Substance Abuse Workbook. 6) Cognitive Behavioral Therapy. 7) Covid-19 workbook. 8) Decision making workbook. 9) Stress Management Workbook. 10) Depression Workbook. 11) Dialectical Behavioral Therapy Workbook. 12) Criminal Lifestyles .13) Happiness Workbook .14) Career Decision making. 15) Turning Points in modern history 1. 16) Career Decision Making workbook .17) Dialectical Behavioral Therapy and 18) Anxiety Workbook.

In his support letter from the **Warden of Wyatt ,Warden Martin** states "Mr. Asri demonstrates an excellent work ethic and a positive attitude, he is respectful towards staff and peers".

The defendant would also like to inform the court he did most of his time in Wyatt facility in under Covid-19 pandemic restrictions. The defendant endured difficult and tough conditions because of the Covid-19 Pandemic, which included but not limited to limited access to Video Visits, phone calls, commissary orders, medical care and more. Mr. Asri also contracted COVID-19 during the epidemic at Wyatt in which most of the time he confines in a cell and had hardly any hot food options. Also would like to inform Court that there was reduction in recreational time too and at one point had any outside recreational activities for months. All these conditions made doing time extremely difficult.

Few weeks after the sentence of the defendant, was transferred to BOP, MDC Brooklyn. Where he was incarcerated for 7 weeks in which he suffered very harsh conditions. He use to get only 30 minutes of rek time in whole day in which he was allowed to take shower and make phone call . The whole rest of the day he was locked up.

Now, the defendant is in Reeves County Detention Center III in Texas where is doing his best in rehabilitating himself . He is a kitchen worker of the facility.

The defendant accepts full responsibility for his crimes and is remorseful, the defendant acknowledges his actions were wrong and he should have made decisions. If released, he plans to speak of his experience in the hopes that his story will serve as a warning to other people who may be tempted to commit a similar offense . The defendant is determined to do better and contribute to society and live a productive life.

The defendant is a citizen of India and seeks fast track deportation. The defendant will reside with his wife and children at his home in New Delhi, India.

The defendant made his request for compassionate release to Warden D.C Cole of the Reeves County Detention Facility on Sept 9, 2021 to Warden D.C Cole and Warden D.C Cole denied his request on Sept 14 ,2021 .

Thus, the defendant has exhausted his administrative remedies.

### Conclusion

For these reasons, the Court should grant the defendant's motion and order his release.

Respectfully Submitted,

Himanshu Asri
Fed ID : 26096-111
Reeves County Detention Facility III
100 West County Road 204 , Po Box 2038
Pecos , Texas -79772

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) D.C. COLE   WARDEN | DATE: 09/09/2021 |
|---|---|
| FROM: HIMANSHU. ASRI | REGISTER NO.: 26096-111 |
| WORK ASSIGNMENT: N/A | UNIT: B+   B07-5W |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

SIR, I AM WRITING THIS COP-OUT (REQUEST)
YOU TO PLEASE GRANT ME COMPASSIONATE
RELEASE. MY REASON FOR ASKING SAME
IS FAMILY REASONS AS MY WIFE
IS NOT FULLY CAPABLE TO TAKE CARE
OF 2 KIDS JUANA & MIRAAN ANYMORE
HER INABILITY TO TAKE CARE OF
MY KIDS IS BECAUSE OF MY ARREST
& THE STRESS SHE IS GOING THROUG.
SHE HAS TO BE DEPENDENT ON MEDICENES
DUE TO COVID-19 SHE STAYS AT HOME

(Do not write below this line)   CONT. ON NEXT PAGE BACK

DISPOSITION:

Review Attachment

| Signature Staff Member | Date 9-14-21 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 6

GEO🌐

(Inmate) or Inmate's Legal Counsel

_____

_____

Re:    Letter of Request for Consideration of Compassionate Release for
Asri, Himanshu #26096-111

I write in response to the Compassionate Release/Reduction in Sentence Request dated September 9, 2021 A review of the request has been completed pursuant to Bureau of Prisons Program Statement 5050.50 dated January 17, 2019, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C §§ 3582 and 4202(g).

After careful review of your request, it appears that you are ineligible based on the requirements for consideration set forth by the Bureau of Prisons.

**Detainer Status:**    Yes or (No) – If an inmate has an ICE Detainer or the Public Safety Factor of Deportable Alien, the inmate is ineligible for community based programs to include halfway house, home confinement, and compassionate releases; however, if a decision is made in regards to his deportation status and he is determined to be not deportable, the inmate becomes eligible for those programs.

The following section would need to be filled out on all eligible cases:

- *Twelve (12) month institutional history*

  _____

  _____

  _____

- *Verifiable release plan*
  No Verified Release Plan.

  _____

  _____

- *Offense History*

  _____

  _____

  _____



## Dr. Path LABS
### Care with Excellence

  

ISO CERTIFIED
MEDICAL LABORATORY

CB-045-QMS

M. 8587954338, 9625575729
Email- drpathlabsinfo@gmail.com
574, Pocket 1, Opp. District Park,
Near Mandir Gurudrawa, Paschim Puri,
New Delhi -110063

MY DAUGHTER'S MEDICAL REPORTS

| | | | | | |
|---|---|---|---|---|---|
| Date | 09/11/2021 | Srl No. | 82 | Ref. No. | 18-19/40325 |
| Name | Baby JUANA ASRI | Age | 10 Yrs. | Sex | Female |
| Ref. By | Dr. P.S.CHAWLA | | | | |

| Test Name | Value | Unit | Normal Value |
|---|---|---|---|

## URINE EXAMINATION TEST

**PHYSICAL EXAMINATION**

| | | | |
|---|---|---|---|
| QUANTITY | 10 | ml. | |
| COLOUR | REDISH | | |
| TRANSPARENCY | CLEAR | | |
| SPECIFIC GRAVITY | Q.N.S. | | |
| PH | 6.0 | | |
| Urine routine | | | |

**CHEMICAL EXAMINATION**

| | | | |
|---|---|---|---|
| ALBUMIN | (++) | | |
| REDUCING SUGAR | NIL | | |

**MICROSCOPIC EXAMINATION**

| | | | |
|---|---|---|---|
| PUS CELLS | 0-1 | /HPF | 0-4 |
| RBC'S | 15-20 | /HPF | 0-4 |
| CASTS | NIL | | |
| CRYSTALS | NIL | | |
| EPITHELIAL CELLS | 1-2 | /HPF | NIL |
| BACTERIA | NIL | | |
| OTHERS | NIL | | |

**\*\*\*\* End Of Report \*\*\*\***

Dr. OM PRAKASH MIDHA
MBBS, M.D. (PATH)
DMC REGD. 2490

★ Clinical correlation is essential for final diagnosis ★ If test results are unsatisfactory please contact personally or on phone

   

## Dr. Path LABS
### Care with Excellence

ISO CERTIFIED
MEDICAL LABORATORY

CB-045-QMS

M. 8587954338, 9625575729
Email- drpathlabsinfo@gmail.com
574, Pocket 1, Opp. District Park,
Near Mandir Gurudrawa, Paschim Puri,
New Delhi -110063

| | | | | | |
|---|---|---|---|---|---|
| Date | 08/11/2021 | Srl No. | 55 | Ref. No. | 18-19/40216 |
| Name | Baby JUANA ASRI | Age | 10 Yrs. | Sex | Female |
| Ref. By | Dr. P.S.CHAWLA | | | | |

| Test Name | Value | Unit | Normal Value |
|---|---|---|---|
| **COMPLETE BLOOD COUNT (CBC)** | | | |
| HAEMOGLOBIN (Hb) | 7.3 | gm/dl | 11.5 - 16.5 |
| TOTAL LEUCOCYTE COUNT (TLC) | 3,300 | /cumm | 6000 - 13500 |
| DIFFERENTIAL LEUCOCYTE COUNT (DLC) | | | |
| NEUTROPHIL | 32 | % | 40 - 80 |
| LYMPHOCYTE | 54 | % | 20 - 40 |
| EOSINOPHIL | 10 | % | 01 - 06 |
| MONOCYTE | 4 | % | 02 - 10 |
| ESR (WESTEGREN's METHOD) | 28 | mm/lst hr. | 0 - 20 |
| R B C COUNT | 1.80 | Millions/cmm | 4 - 5.2 |
| P.C.V / HAEMATOCRIT | 21.9 | % | 35 - 45 |
| M C V | 121.67 | fl. | 80 - 100 |
| M C H | 40.56 | Picogram | 27.0 - 31.0 |
| M C H C | 33.3 | gm/dl | 33 - 37 |
| PLATELET COUNT | 1.69 | Lakh/cmm | 1.50 - 4.50 |
| RDW | 80.3 | FL | 39.0 - 46.0 |
| PDW | 13.5 | | 0.00 - 0.00 |

**** End Of Report ****



Dr. OM PRAKASH MIDHA
MBBS, M.D. (PATH)
DMC REGD. 2490

Page 1 of 1

**DR. PREET SINGH CHAWLA**
M.B.B.S., M.S.F.I.C.A. (USA)
MRSH (LONDON)
FELLOWSHIP OF
INTERNATIONAL MEDICAL SCIENCES ACADEMY
CONSULTANT ENDOSCOPIC SURGEON
CERTIFIED ISO 9001:2008





**CHAWLA NURSING HOME**
J-150 A, Rajouri Garden, New Delhi - 110027
Tel. No. : 98-114-26185, 25105985(R) 45517354
E-mail : chawla_doctor@yahoo.com

**KALRA NURSING HOME**
Kriti Nagar

**KUKREJA HOSPITAL**
Vishal Enclave

**BATRA HOSPITAL & MEDICAL RESEARCH CENTRE**
Rajouri Garden

Name : MISS BABY JUANA                    Age : 10 F    Sex : M / F

Date :

Chief Complaints :

## To whom it may concern

It is here by certified that baby JUANA ASRI 10 years/female daughter of Mrs Tripti Asri w/o Mr. Himanshu Asri R/O E - 29 Bali nagar new Delhi-110015 is suffering from vesico-ureteric reflux since birth. She needs surgery for that as earliest as possible,  She had been admitted under me frequently for her fever and urine infection in the kidney.



DR. PREET SINGH CHAWLA
M.B.S. M.S.F.I.C.A. (USA)
MRSH (LONDON)
CONSULTANT ENDOSCOPIC SURGEON

**DR. PREET SINGH CHAWLA**
M.B.B.S., M.S.F.I.C.A. (USA)
MRSH (LONDON)
FELLOWSHIP OF
INTERNATIONAL MEDICAL SCIENCES ACADEMY
CONSULTANT ENDOSCOPIC SURGEON
CERTIFIED ISO 9001:2008



**CHAWLA NURSING HOME**
J-150 A, Rajouri Garden, New Delhi - 110027
Tel. No. : 98-114-26185, 25105985(R) 45517354
E-mail · chawla_doctor@yahoo.com

**KALRA NURSING HOME**
Kriti Ñagar

**KUKREJA HOSPITAL**
Vishal Enclave

**BATRA HOSPITAL & MEDICAL RESEARCH CENTRE**
Rajouri Garden

Name : FOR MISS BABY JUANA - ASRI   Age : 10   Sex : M / F

Date : Nov'll, 2021

Chief Complaints :   DISCHARG SUMMERY

Date of admiss Nov b7, 2021
Adl A Dischr. Nov'll - 2. 202

Δ.. High fever with aneemia c̄ weeks vesicel reflux with urinoy tract infection

Advise

— Syp VITCOFOL BDS
        ITSF

— Orientool Syp in cuarde
     Ⓐ

— Jab Oxfloxacin - 100mg
        x 5days

— Advise surgery as soon as possible for uretero - vesical reflex so that her kidneys may not damage. permanent

DR. PREET SINGH CHAWLA
M.B.S., M.S.F.I.C.A. (USA)
MRSH (LONDON)
CONSULTANT ENDOSCOPIC SURGEON





# Sir Ganga Ram Hospital

| | | | |
|---|---|---|---|
| Patient Name (Last,First) | : ASRI JUANA | Age/Sex | : 3 Yrs/F |
| Reg. No. | : 1595608 | Ward No. | : CENTRAL INVESTIGATION CENTRE |
| Episode No. | : OP04936273 | Room No. | : / |
| Imaging No. | : 5814212-11 | Executed On | : 19-Jan-15 12:15:20PM |
| Location | : CENTRAL INVESTIGATION CENTRE | Location Type | : OPD |
| Referred By | : DR. P. K. PRUTHI | External Doctor | : |

**MCU**

Under aseptic precautions and fluoroscopic guidance, Contrast injected through Foley's catheter and serial filming done.

Urinary bladder is normal in outline and capacity.

No filling defect is seen.

Grade III vesico-ureteric reflux noted on left side.

No vesico-ureteric reflux is seen on right side.

Urethra appears normal.

Post void film shows insignificant residual urine.

To be correlated clinically.

**Dr. Harshita**
**RADIOLOGIST**

[ApprovedBy]
[ValidateBy]
This is an Electronically Generated Report and Needs No Signature.
Any Alternations will make the Report Void.

Sir Ganga Ram Hospital Marg, Rajinder Nagar, New Delhi 110060, INDIA
Phones : +91-11-25750000, 42254000 Fax : +91-11-25861002 Email : gangaram@sgrh.com Website : www.sgrh.com







## John Calcagni

---

**From:**      Engen, Justin (USMS) <Justin.Engen@usdoj.gov>
**Sent:**      Friday, October 23, 2020 1:53 PM
**To:**        John Calcagni
**Subject:**   COVID-19 Notification

Hi John,

Your client ASRI, Himanshu housed at Wyatt recently tested positive for COVID-19. Please don't hesitate to call me with any questions.

Justin

Justin Engen
(A) Supervisory Deputy U.S. Marshal
United Sates Marshals Service
District of Rhode Island
(401) 641-2476

11/16/2020                                          View Report

| Patient Name | Sex | Age | D.O.B. | | Patient # | Admit Date | Print Date |
|---|---|---|---|---|---|---|---|
| ASRI, HIMANSHU | M | 33 | 01/20/1987 | | D02945803 | 10/20/20 | 11/16/20 |

Phone: (401)721-0353 Address: 950 HIGH STREET CENTRAL FALLS RI 02863

| Test | Results | Abnormal Results | Normals |
|---|---|---|---|

Requesting Physician:    EDWARD BLANCHETTE, MD 721-0353

Copy Sent To:    DONALD WYATT DETENTION CTR 721-0353

Time Since Patient's Last Meal:

Date/Time Specimen Collected:    10/20/2020 NO TIME

## *** CHEMISTRY ***

SARS-COV-2 (COVID-19),PCR (SRL)

**ABNORMAL SARS-COV-2 PCR RESULT**                                   **Positive**

SOURCE                        Not Specified

Positive (Detected) results are indicative of active infection with
SARS-CoV-2. A positive result does not rule out bacterial infection
or co-infection with other viruses. Detection of SARS-CoV-2 viral RNA
may not indicate that SARS-CoV-2 is the causative agent for clinical
symptoms. Positive and negative predictive values of testing are
highly dependent on prevalence. False positive test results are more
likely when prevalence is moderate to low.

Specimen received without designation of specimen source and/or
specific sample media type. This sample type may not have been
specifically validated.

The expected result is Negative (Not Detected).

The SARS-CoV-2 test is intended for qualitative detection of nucleic
acid from SARS-CoV-2 in upper and lower respiratory specimens.
Testing methodology is real-time RT-PCR utilizing a high throughput
technology.

Test results must be correlated with clinical presentation and
evaluated in the context of other laboratory and epidemiologic data.
Test performance can be affected because the epidemiology and
clinical spectrum of infection caused by SARS-CoV-2 is not fully

Displayed 11/16/2020                    Final Report

East Side Clinical Laboratory
*Dedicated Service Since 1949*

RI DEPT OF HEALTH LAB - ATTN: EWA KING
50 ORMS STREET
PROVIDENCE, RI 02904

Walther M. Pfeifer, MD, FCAP, Laboratory Director
10 Risho Avenue,
East Providence, RI 02914

11/16/2020

View Report

| Patient Name | Sex | Age | D.O.B. | Patient # | Admit Date | Print Date |
|---|---|---|---|---|---|---|
| ASRI, HIMANSHU | M | 33 | 01/20/1987 | D02945803 | 10/20/20 | 11/16/20 |

Phone: (401)721-0353 Address: 950 HIGH STREET CENTRAL FALLS RI 02863

| Test | Results | Abnormal Results | Normals |
|---|---|---|---|

known. For example, the optimum types of specimens to collect and

when during the course of infection these specimens are most likely

to contain detectable viral RNA may not be known.

This test was developed and its performance characteristics determined by Sonic Reference Laboratory (SRL). The test has not been

cleared or approved by the U.S. Food and Drug Administration (FDA)

and is pending review by FDA for Emergency Use Authorization (EUA).

This test should not be regarded as investigational or for research

use. The results are not intended to be used as the sole means for

clinical diagnosis or patient management. This report may be amended

or corrected if FDA is not able to authorize an EUA or recommends

modifications. SRL is qualified to perform high complexity testing

under the Clinical Laboratory Improvement Amendments (CLIA).

Electronically Signed by Bijaya K. Dhakal, Ph.D., D(ABMM)
Sonic Reference Laboratory, Inc. CLIA#45D2083658
3800 Quick Hill Rd, Building 3, Suite 101, Austin, TX 78728
Laboratory Director: Joseph H. Willman, M.D.

***Released by: GWS***

Displayed 11/16/2020                Final Report

RI DEPT OF HEALTH LAB - ATTN: EWA KING
50 ORMS STREET
PROVIDENCE, RI 02904

East Side Clinical Laboratory
Dedicated Service Since 1949
Walther M. Pfeifer, MD, FCAP, Laboratory Director
10 Risho Avenue,
East Providence, RI 02914



**Individualized Needs Plan - Initial Classification    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ASRI, HIMANSHU   26096-111

SEQUENCE: 02206879

Team Date: 09-16-2021

| | | |
|---|---|---|
| Facility: | RVS REEVES DC | Proj. Rel. Date:   08-07-2022 |
| Name: | ASRI, HIMANSHU | Proj. Rel. Mthd:   GCT REL |
| Register No.: | **26096-111** | DNA Status:   BRO21647 / 02-26-2020 |
| Age: | 34 | |
| Date of Birth: | 01-20-1987 | *NO INCIDENTS* |

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| RVS | FS KIT A/P | KITCHEN ORDERLY | 09-17-2021 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| RVS | ESL HAS | ENGLISH PROFICIENT | 09-01-2021 |
| RVS | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-22-2021 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

*NO COURSES*

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** *NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS* **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| SCRN1-MH | SCRN1-MENTAL HEALTH | 06-02-2021 |
| SCRN2 | CCM: STABLE CHRONIC CARE | 06-02-2021 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-09-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-09-2021 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 09-09-2021 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

** *NO FRP DETAILS* **

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 08-27-2021 |
| N-ANGER R | NEED - ANGER/HOSTILITY REFUSE | 07-24-2021 |
| N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE | 07-24-2021 |
| N-COGNTV R | NEED - COGNITIONS REFUSE | 07-24-2021 |
| N-FM/PAR R | NEED - FAMILY/PARENTING REFUSE | 07-24-2021 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 07-24-2021 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 09-16-2021 |

## Progress since last review

 **Individualized Needs Plan - Initial Classification    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: ASRI, HIMANSHU   26096-111

SEQUENCE: 02206879
Team Date: 09-16-2021

NEW ARRIVAL

## Next Program Review Goals

SEEK EMLOYMENT
ENROLL IN HORTICULTURE CLASS

## Long Term Goals

MAINTAIN EMPLOYMENT UNTIL 07.2022
COMPLETE HORTICULTURE CLASS BY 08.2022

## RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.

## Comments

Treaty Transfer: Eligible and not interested.
FRP-PARTICIPATES
PREA-NO CONCERNS
LOAD DATA-CURRENT
PHONE/VISTITATION LISTS-CURRENT
NEXT REVIEW-12.2021
CUSTODY-12.2021

```
RVSAE  540*23 *          SENTENCE MONITORING          *     11-22-2021
PAGE 001         *         COMPUTATION DATA           *      08:36:35
                         AS OF 11-22-2021
```

REGNO..: 26096-111 NAME: ASRI, HIMANSHU          *Reler Se Date & Time Orjt* (handwritten)


FBI NO..........: T82FEPJW2        DATE OF BIRTH: 01-20-1987  AGE:  34
ARS1............: RVS/A-DES
UNIT............: UNIT B           QUARTERS.....: B07-002U
DETAINERS.......: NO               NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 04-21-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-07-2022 VIA GCT REL


                 RELEASE AUDIT COMPLETED ON 07-01-2021 BY DSCC
---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: RHODE ISLAND
DOCKET NUMBER...................: 1:20CR00104JJM
JUDGE...........................: MCCONNELL
DATE SENTENCED/PROBATION IMPOSED: 05-27-2021
DATE COMMITTED..................: 08-26-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

              FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $100.00       $00.00        $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  820      COMMUNICATIONS ACT
OFF/CHG: 18:1349CONSPIRACY TO COMMIT WIRE FRAUD (CT1)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    36 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 01-28-2020




G0002      MORE PAGES TO FOLLOW . . .
```

RVSAE  540*23 *            SENTENCE MONITORING           11-22-2021
PAGE 002 OF 002 *           COMPUTATION DATA           *      08:36:35
                           AS OF 11-22-2021

REGNO..: 26096-111 NAME: ASRI, HIMANSHU


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-28-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-28-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-27-2021
TOTAL TERM IN EFFECT............:     36 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      3 YEARS
EARLIEST DATE OF OFFENSE........: 01-28-2020

JAIL CREDIT....................:     FROM DATE     THRU DATE
                                    01-17-2020    05-26-2021

TOTAL PRIOR CREDIT TIME.........: 496
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 162
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 08-07-2022
ELDERLY OFFENDER TWO THIRDS DATE: 01-16-2022
EXPIRATION FULL TERM DATE.......: 01-16-2023
TIME SERVED....................:      1 YEARS     10 MONTHS      6 DAYS
PERCENTAGE OF FULL TERM SERVED..:  61.6
PERCENT OF STATUTORY TERM SERVED:  72.3

PROJECTED SATISFACTION DATE.....: 08-07-2022
PROJECTED SATISFACTION METHOD...: GCT REL


G0000       TRANSACTION SUCCESSFULLY COMPLETED

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

February 24, 2021

MAR 0 1 2021

Attorney at Law
John L. Calcagni
72 Clifford St. Suite 300
Providence, RI 02903

Re: Asri, Himanshu
    D.O.B   01/20/1987
    USMS#   26096-111

Dear Attorney Calcagni,

Please be advised, Mr. Asri was received at the Donald W. Wyatt Detention Facility on February 27th, 2020. He is being held for the United States Marshals Service, District of Rhode Island.

Since being held at this facility, Mr. Asri has earned various certificates by completing programs offered by the facility. The programs include: (1) Adjustment to Incarceration, (2) Living with Others, (3) Audio Course: Turning Points in Modern History 1, and (4) Criminal Lifestyles.

He is currently participating in the Detainee Worker Program starting out as a Captains Crew worker. Mr. Asri demonstrates excellent work ethic and a positive attitude.

Mr. Asri has not received any disciplinary infractions since being housed in the facility. He continues to remain respectful towards staff and peers.

Attached are a copy of the certificates he has earned while being held at the facility.

If you should have any questions feel free to contact my office at (401)721-0313.

Sincerely,

Daniel W, Martin
Warden

DWM/ab

cc: Dt. Himanshu Asri

Wyatt Detention Facility
950 High Street
Central Falls, Rhode Island 02863

Case 1:20-cr-00104-JJM-PAS    Document 39    Filed 11/29/21    Page 21 of 40 PageID #: 276

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# CARERR DECISION-MAKING WORKBOOK

**Granted: JUNE 8th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*



# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# HIMANSHU ASRI

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## HAPPINESS WORKBOOK

**Granted: JUNE 8th, 2021**

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*

Case 1:20-cr-00104-JJM-PAS    Document 39    Filed 11/29/21    Page 23 of 40 PageID #: 278

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# ASRI HIMANSHU

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# DECISION-MAKING/CAREER WORKSHOP

**Granted: JUNE 14th, 2021**

N. Rodrigues, MH Coordinator

Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator





# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## STRESS MANAGEMENT WORKBOOK

Granted: MAY 5th, 2021

N. Rodriques, MH Coordinator

_Nicole E. Rodrigues, M.S., L.M.H.C., Mental Health Coordinator_



# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# ANXIETY WORKBOOK

## Granted: MAY 10th, 2021

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S., LMHC, Mental Health Coordinator*

Case 1:20-cr-00104-JJM-PAS    Document 39    Filed 11/29/21    Page 26 of 40 PageID #: 281

# Certificate of Completion

This certificate is awarded to

## HIMANSHU ASRI

on

### JUNE 02, 2020

in recognition of successfully completing the program

## AUDIO COURSE:  TURNING POINTS IN MODERN HISTORY I

_____
Kristen Damaso, Programs

_____
Maureen O'Gorman, Education

© 2019 Great Papers

Case 1:20-cr-00104-JJM-PAS   Document 39   Filed 11/29/21   Page 27 of 40 PageID #: 282

# CERTIFICATE *of* COMPLETION

PRESENTED TO

## HIMANSHU ASRI

HAS SUCCESSFULLY COMPLETED THE

### *Criminal Lifestyles*

At The Donald W. Wyatt Detention Facility



KRISTEN DAMASO
Programs Director



October 2020

Case 1:20-cr-00104-JJM-PAS    Document 39    Filed 11/29/21    Page 28 of 40 PageID #: 283



# CERTIFICATE *of* COMPLETION

PRESENTED TO

# HIMANSHU ASRI

HAS SUCCESSFULLY COMPLETED THE

## *Living with Others*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Programs Director

May 2020

Case 1:20-cr-00104-JJM-PAS    Document 39    Filed 11/29/21    Page 29 of 40 PageID #: 284

# CERTIFICATE *of* COMPLETION

PRESENTED TO

# HIMANSHU ASRI

HAS SUCCESSFULLY COMPLETED THE

## *Adjustment to Incarceration*

At The Donald W. Wyatt Detention Facility

KRISTEN DAMASO
Programs Director



October 2020

© 2017 Great Papers

Case 1:20-cr-00104-JJM-PAS   Document 33-1   Filed 05/26/21   Page 2 of 12 PageID #: 210
Case 1:20-cr-00104-JJM-PAS   Document 39   Filed 11/29/21   Page 30 of 40 PageID #: 285

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# COGNITIVE BEHAVIORAL THERAPY

### Granted: APRIL 4th, 2021

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S., LMHC, Mental Health Coordinator*

Case 1:20-cr-00104-JJM-PAS   Document 33-1   Filed 05/26/21   Page 3 of 12 PageID #: 211
Case 1:20-cr-00104-JJM-PAS   Document 39   Filed 11/29/21   Page 31 of 40 PageID #: 286

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# VICTIM IMPACT

**Granted: APRIL 25th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S., LMHC, Mental Health Coordinator*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# ANGER MANAGEMENT & SUBSTANCE ABUSE WORKBOOK

Granted: APRIL 25th, 2021

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S., LMHC, Mental Health Coordinator*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# COVID-19 WORKBOOK

**Granted: APRIL 27th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S., LMHC, Mental Health Coordinator*

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## DECISION MAKING WORKBOOK

**Granted: MAY 5th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S, LMHC, Mental Health Coordinator*

Case 1:20-cr-00104-JJM-PAS   Document 33-1   Filed 05/26/21   Page 7 of 12 PageID #: 215
Case 1:20-cr-00104-JJM-PAS   Document 39   Filed 11/29/21   Page 35 of 40 PageID #: 290

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# PARENTING WORKBOOK

**Granted: MAY 5th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator*

Case 1:20-cr-00104-JJM-PAS   Document 33-1   Filed 05/26/21   Page 8 of 12 PageID #: 216
Case 1:20-cr-00104-JJM-PAS   Document 39   Filed 11/29/21   Page 36 of 40 PageID #: 291

# DONALD W. WYATT DETENTION FACILITY

## CERTIFICATE OF COMPLETION

### IS HEREBY GRANTED TO

# HIMANSHU ASRI

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## STRESS MANAGEMENT WORKBOOK

Granted: MAY 5th, 2021

N. Rodrigues, MH Coordinator

_Nicole E. Rodrigues, M.S, LMHC, Mental Health Coordinator_

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# DEPRESSION WORKBOOK

**Granted: MAY 5th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S., LMHC, Mental Health Coordinator*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# DIALECTICAL BEHAVIORAL THERAPY WORKBOOK

**Granted: MAY 5th, 2021**

N. Rodrigues, MH Coordinator

*Nicole E. Rodrigues, M.S., L.M.H.C, Mental Health Coordinator*

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

## TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

## DIALECTICAL BEHAVIORAL THERAPY

**Granted: MAY 10th, 2021**

N. Rodrigues, MH Coordinator

_Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator_

# DONALD W. WYATT DETENTION FACILITY

# CERTIFICATE OF COMPLETION

## IS HEREBY GRANTED TO

# HIMANSHU ASRI

### TO CERTIFY THAT HE/SHE HAS COMPLETED TO SATISFACTION

# ANXIETY WORKBOOK

**Granted: MAY 10th, 2021**

N. Rodrigues, MH Coordinator

_Nicole E. Rodrigues, MS, LMHC, Mental Health Coordinator_