Clerk of the Court
U.S. District Court
District Of Rhode Island
1 Exchange Terrace
Providence, RI. 02903

Himanshu Asri
Fed Id : 26096-111
Reeves County Detention Facility III
100 West County Road 204 , Po Box 2038
Pecos , Texas -79772

RE:  **USA v. HIMANSHU ASRI**
Docket No. : **1:20-CR-00104-JJM-PAS**

To whom it may concern:

I am the defendant in the above-referenced matter and am currently incarcerated. Please docket the enclosed Motion for Compassionate Release with the Court and send me proof of same.

I appreciate your prompt attention to this matter.

Sincerely,

**Himashu Asri**

11/22/21