Himanshu Asri #26096-111
Reeves County Detention Center III
P.O. Box 2038
Pecos, Tx, 79772

CERTIFIED MAIL

7020 3160 0000 4787 1248


ZIP 79772  $ 009.36°
02 4W
0000364262 NOV 22 2021

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
1 Exchange Terrace
Providence, RI, 02903

LEGAL MAIL