UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.                                          DOCKET NO. 1:20-CR-00104-JJM-PAS

HIMANSHU ASRI

RESPONSE TO GOVERNMENT'S OPPOSITION RESPONSE
FOR COMPASSIONATE RELEASE MOTION

SYNOPSIS

In Government's objection to motion they have mentioned that there are maternal Grandparent's who should be there for help. Defendant would like to inform court that his wife Mrs. Asri does not live with her parent's anmore in their house. Mr. Tejinder Chawla & his wife Gurmeet Chawla (Mrs. Asri's parents) were both living all by themselves before defendant's arrest for more than 10 years after both their daughters got married & needed their space, time & peace. They both have their own medical issues & are unable to be fulltime caregiver of their grandchildrens. As a result of all this, Mrs Asri Had to move out of their house & start living in different city. Her incapacity is here unable to provide for        (Page 1)

Daughter medical surgery, unable to work fulltime while taking care of kids who remain home fulltime schools being closed & on remote learning. which leaves defendant Mr. Asri as only other option as a caregiver & provider for his family. Respected Court should grant this motion as these are extra ordinary and compelling reasons.

## ARGUMENT

Defendant would like to inform Court that his Daughter Juana Asri who needs surgery to treat her Vesicourteral Reflux & she not only needs a caretaker for her but surgery involves a lot of money too. In last 23 month's since defendant's arrest Mrs. Asri's parents have exhausted all their cash & savings. They had to pay for defendant's Attorney Fees, school Fees for kids, groceries & other expenses for defendant's family. Mr. Chawla has no income & has not worked in more than a decade after a failed business & Mrs. Chawla is a Homemaker. Infact he had to sell his house to generate cash & provide for defendant's families need, but now he is unable to do so as he does not have anything left.

( 2 )

Defendant would also like to inform Court that before his arrest he was the sole earning member for his family & he spent most of the money he had on his parents cancer treatment which included a lot of chemotherapy, Radiation & Hospital Admissions & does not have anything left. But he is capable enough once released to start dealing in used commercial vehicles, cars & construction equipment on commission basis along with a fulltime job so that he can provide for his Daughter's Medical Surgery & other expenses for kids & his wife.

Mrs. Asri's incapacitation is not everyday challenges as suggested in Government's response her incapacity is she is unable to provide for her Daughter's surgery, to take care of her son, to go out & seek employment all this at sametime with school's being closed due to pandemic since February 2020 with no help from her parents anymore, with no help from Government in terms of social security for kids like in UNITED STATES OF AMERICA or any Day Care centers provided by Government. Though she has been dealing ~~so~~ ~~to~~ ~~and~~ ~~ge~~ ~~have~~ ~~also~~

③

with a lot of stess, depression & anxiety she does not have any covid illness as asked by Government in their response. what Childrens & especially their Daughter need is assistance of another parent & Defendant is the most appropriate & only caregiver for his Childrens as in the case (UNITED STATES OF AMERICA VS. JAMAAL DUBLIN, 2020 U.S. DIST. LEXIS 151443 LA NO. 18-102-JJM-LDA) RHODE ISLAND Respected Court Granted where Defendant was only caregiver for his Daughter Mr. Asri's Daughter is in same condition who needs parents 24/7 who can support her by providing for her Treatment & support her emotionally.

## CONCLUSION

With covid-19 getting worse day by day with new variants like omicron & DELTA cases rising all over world & new restrictions being imposed, it does not seem that things will improve anytime soon.
Defendant requests court to Grant his motion for time reduction.

(4)

He & his wife plans to get surgery done for their Daughter as soon as possible as conditions are getting worse & timing is of extreme importance here. Defendant Mr. Asri is a changed person who is remorseful & regrets his wrong doing every day.

RESPECTFULLY    SUBMITTED

HIMANSHU ASRI
26096-111
REEVES COUNTY DETENTION CENTER
P.O. BOX 2038
PECOS, TX.    79772



## INDIA NON JUDICIAL

सत्यमेव जयते

## Government of National Capital Territory of Delhi

e-Stamp



| | | |
|---|---|---|
| Certificate No. | : | IN-DL69861086745352T |
| Certificate Issued Date | : | 27-Dec-2021 03:43 PM |
| Account Reference | : | IMPACC (IV)/ dl975303/ DELHI/ DL-DLH |
| Unique Doc. Reference | : | SUBIN-DLDL975303313665862218030T |
| Purchased by | : | TEJINDER CHAWLA |
| Description of Document | : | Article 4 Affidavit |
| Property Description | : | Not Applicable |
| Consideration Price (Rs.) | : | 0 (Zero) |
| First Party | : | TEJINDER CHAWLA |
| Second Party | : | Not Applicable |
| Stamp Duty Paid By | : | TEJINDER CHAWLA |
| Stamp Duty Amount(Rs.) | : | 100 (One Hundred only) |



Register No. 11 638/27/12/2021

........................................................ Please write or type below this line ........................................................

## AFFIDAVIT

I, **TEJINDER CHAWLA** S/O LATE N S CHAWLA R/O F-7, GROUND FLOOR, SUN CITY, SEC-54, GURGAON, (HARYANA), hereby solemnly affirm and declare as under:-



Statutory Alert:
1. The authenticity of this Stamp certificate should be verified at 'www.shcilestamp.com' or using e-Stamp Mobile App of Stock Holding. Any discrepancy in the details on this Certificate and as available on the website / Mobile App renders it invalid.
2. The onus of checking the legitimacy is on the users of the certificate.
3. In case of any discrepancy please inform the Competent Authority.

Scanned with CamScanner

**E Stamping Certificate No-IN-DL69861086745352T**

1. That I am citizen of India and residing at the above mentioned address.

2. That **HIMANSHU ASRI** is my son in law.

3. That I am the sole caregiver of my daughter **TRIPTI ASRI** and my grandchildren **JUANA ASRI** and **MIRAAN ASRI**. I am currently retired and have no source of income, I am facing economic hardship as I have taken care of all the expense of my grandchildren since January, 2020 as their father **(Himanshu Asri)** was not here to support the family and I also took care of the legal fee of attorney for my son in law **Himanshu Asri**.

4. That my grand daughter is in urgent need of medical care as she suffers from urine infection regularly and requires a surgery now. I am under financial distress as I have already sold my house twice only to move into a low cost much smaller apartment.

5. That all this time I have been using my savings to fulfill my grandchildren's educational, medical and other daily needs. Now, I won't be able to provide for them any further even if I want to.

6. That my above statement is true and correct.

**DEPONENT**

**VERIFICATION:-**

Verified at **New Delhi** on this **27/12/2021** that the contents of the above said affidavit are true and correct to the best of our knowledge and belief and nothing material has been concealed there from.

**DEPONENT**

ATTESTED

NOTARY PUBLIC
DELHI(INDIA)

2 7 DEC 2021

Scanned with CamScanner