CLERK OF THE COURT                                        01/02/2022
U.S DISTRICT COURT
DISTRICT OF RHODE ISLAND
1 EXCHANGE TERRACE
PROVIDENCE, RI, 02903

HIMANSHU ASRI
FED-ID: 26096-111
REEUES COUNTY DETENTION CENTRE III
P.O BOX 2038
PECOS, TEXAS- 79772

RE: USA V. HIMANSHU ASRI
DOCKET NO: 1:20-CR-00104-JJM-PAS

TO WHOM IT MAY CONCERN

I am the defendant in above-referenced matter. Please docket the enclosed response to Gout's response for my compassionate release with respected court. My apologies for delayed response to Gout's response as I never got their letter or response & Also apologise for handwriting instead of typing as I have limited access to typewriter due to COVID-19 restrictions. I Appreciate your prompt attention.
Sincerely - Himanshu Asri.