HIMANSHU ASRI 26096-111
Reeves County Detencion Center III
P.O Box 2038
Pecos, TX 79772

LEGAL MAIL

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
1 EXCHANGE TERRACE
PROVIDENCE, R.I 02903