PRESS FIRMLY TO SEAL



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

PRESS FIRMLY



US POSTAGE™ PITNEY BOWES

ZIP 79772  $014.75⁰
02 4W
0000364262 JAN 04 2022

**UNITED STATES POSTAL SERVICE ®**

7020 3160 0000 4787 1828

**FROM:** HIMANSHU ASRI
26096-111
REEVES COUNTY DET. CENTER II
P.O BOX 2038
PECOS, TX, 79772

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**TO:**

UNITED STATES DIST. COURT
DISTRICT OF RHODE ISLAND
I EXCHANGE TERRACE
PROVIDENCE, RI, 02903

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



y 2020
x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.